### MOORE et v GERMAN FARMERS MUTUAL INSURANCE ASSN

Ohio Appeals, 7th Dist, Monroe Co

No 5.   Decided May 3, 1933

T. J. Kremer, Woodsfield, for plaintiffs in error.

Moore, Moore & Moore, Woodsfield, for defendant in error.

## OPINION

By FARR, J.

It is readily apparent, that Sussannah Minger, could insure only her interest in this property, because there is no statement in any way, that the insurance would continue beyond her death.

Further discussion would seem unnecessary and without profit. For the reasons given, the trial court was right in directing a verdict, and the judgment is affirmed.

RICHARDS and POLLOCK, JJ, concur.